Ruben T. Varela
2249 Camino Del Sol
Fullerton, CA 92833
(714) 864-0150
Plaintiff in Pro Per



**ORIGINAL** FILED

2012 AUG -1 PM 3: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruben T. Varela<br><br>     PLAINTIFF/PETITIONER,<br>  v.<br><br>CREDIT ONE BANK, N.A.,<br><br>     DEFENDANT(S). | CASE NUMBER<br><br>**SACV 12·01240** UA(Duty)<br><br>**REQUEST TO PROCEED<br>IN FORMA PAUPERIS WITH<br>DECLARATION IN SUPPORT** |

I, Ruben T. Varela _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes  ☑No

 a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your

  employer. _____

 b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which

  you received. Oct. 2010, salary $1,000 per month, temporary and part time position.

2. Have you received, *within the past twelve months*, any money from any of the following sources?

 a. Business, profession or form of self-employment?  ☐Yes  ☑No

 b. Rent payments, interest or dividends?  ☐Yes  ☑No

 c. Pensions, annuities or life insurance payments?  ☐Yes  ☑No

 d. Gifts or inheritances?  ☐Yes  ☑No

 e. Any other income (other than listed above)?  ☑Yes  ☐No

 f. Loans?  ☐Yes  ☑No

If the answer to any of the above is yes, describe such source of money and state the amount received from each

source during the past twelve (12) months: Settlement payments: less than $6,000 total.

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

CV-60 (04/06)                             Page 1 of 2

3.  Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.)  ☑Yes    ☐No

    If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
    cash, less than $500.

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐Yes    ☑No

    If the answer is yes, describe the property and state its approximate value: _____

5.  In what year did you last file an Income Tax return?  2002

    Approximately how much income did your last tax return reflect?  $75,000.

6.  List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
    None.

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C.  Sections  1621, 3571).

|  California  |  County of Orange, City of Fullerton  |
|  State  |  County (or City)  |

I, Ruben T. Varela , declare under penalty of perjury that the foregoing is true and correct.

August 1, 2012
Date

Plaintiff/Petitioner (Signature)